IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

I, Kimberly E. Dallas, United States Postal Inspector, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief:

1. I am a United States Postal Inspector, assigned to investigate the unlawful transportation of contraband, including Title 21 controlled substances, through the United States Mail. I have been a Postal Inspector since August 2010. As part of my duties, I investigate incidents where the United States mail system is used for the purpose of transporting non-mailable matter, including controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) Possession with Intent to Distribute a controlled Substance and 843(b) Use of a Communication Facility to Facilitate the commission of a Federal Drug Felony.

    a. I am currently assigned to the Seattle Division, specifically to the Anchorage Domicile, which is responsible for the investigating of controlled substance law violations involving the United States Mails.

    b. In September 2011, I attended a one week training course presented by the United States Postal Inspection Service addressing the current trends in controlled substance mailings. Part of my training as a Postal Inspector included controlled substance investigative techniques, chemical field testing, and the

APR 8 - 2013

training in the identification and detection of controlled substances being transported in the US Mail.

c. During my career I have participated in several drug interdictions in the State of Alaska, studying the various mailing characteristics of controlled substance traffickers for incoming and outgoing parcels.

2. Based on my experience, training and discussions with other law enforcement officers experienced in drug investigations, I know that certain indicators exist when persons use the United States Mails to ship controlled substances from one location to another. Indicators for parcels that contain controlled substances include, but are not limited to the following:

a. It is a common practice for the shippers of the controlled substances to use Express and Priority Mail because the drugs arrive faster and within three to five days, but this may vary in Alaska due to geographical location and weather.

b. These packages in many instances contain a fictitious return address, incomplete return address, no return address, the return address is same as the addressee address, or the return address does not match the place where the parcel was mailed from. These packages are also sometimes addressed to or from a commercial mail receiving agency (i.e., UPS Store). These address practices are used by narcotics traffickers to hide the true identity of the



APR 8 - 2013

person(s) shipping and/or receiving the controlled substances from law enforcement officials.

c. In order to conceal the distinctive smell of controlled substances from narcotic detector dogs, these packages tend to be wrapped excessively in bubble-pack and wrapping plastic, and are sometimes sealed with the use of tape around all the seams. Also, the parcels often contain other parcels which are carefully sealed to prevent the escape of odors. Sometimes perfumes, coffee, dryer sheets, tobacco or other smelling substances are used to mask the odor of the controlled substances being shipped.

d. When the shipper mails controlled substances from a particular area/state, the proceeds from the sale of these controlled substances may be returned to the shipper. Based on experience and discussions, there are known source states, where controlled substances are mailed from, including California, Oregon, Washington, Arizona and Texas.

e. I know from training and discussions with other law enforcement officers that the following controlled substances are likely to be found during parcel interdictions: marijuana, methamphetamine, cocaine, LSD, psilocybin mushrooms, heroin, opium, and MDMA.

3. In this warrant application, I seek this Court's authority to search Priority Mail parcel bearing tracking number 9505 5106 7443 3095 4879 79, which is described in greater detail below, for controlled substances in

APR 8 - 2013

violation of Title 21 U.S.C. Sections 841(a)(1) and 843(b) and Title 18 U.S.C. Section 1716.

## RELEVANT FACTS PERTAINING TO PRIORITY MAIL PARCEL WITH TRACKING 9505 5106 7443 3095 4879 79

4. On April 8, 2013, the Priority Mail parcel with tracking number 9505 5106 7443 3095 4879 79 that is the subject of this search warrant affidavit (hereinafter referred to as the subject parcel), was identified pursuant to a mail watch, addressed to "Aspen Suites Hotel, Att: Guest Steven Taylor, 100 E Tudor Rd, Anchorage, AK 99503", from "LYNN JACKSON, 720 So 320th, Federal, WA 98003." A photocopy of the label of the subject parcel is attached as **Exhibit 1**. The subject parcel weighs approximately 2 pounds 13 ounces, and is described as a Medium Flat Rate Priority box, measuring approximately 14 x 12 x 3.5 inches, bearing hand written sender and addressee information. The subject parcel is affixed with a Postal Validation Imprinter (PVI) sticker in the amount of $12.35, and mailed on April 5, 2013 from Kent, WA 98031.

5. In March 2013, Task Force Officer (TFO) Gordon Dorr advised me to watch for priority mail parcels destined for hotels in Anchorage. TFO Dorr had previously identified a Steven Taylor as the sender of packages containing controlled substances in a past investigation. I have not set forth every fact that TFO Dorr relayed to me about this investigation, nor do I request that the Court rely upon any facts outside of those set forth herein.

APR 8 - 2013

6. On April 8, 2013, I was at the Midtown Post Office in Anchorage, AK profiling inbound Priority mail pieces destined for local hotels. I identified the subject parcel and pulled the subject parcel for further investigation.

7. This parcel was also identified due to characteristics drug traffickers use to prevent the detection of drugs being shipped through the mail. For this parcel, these characteristics included, but are not limited to:

   a. Sender is not known at return address. (Per TLO, a law enforcement search database, there is no record for Lynn Jackson associated with 720 South 320th Street, Federal Way, WA. The data provided by TLO is a combination of records from different data sources which are updated daily, weekly, monthly, and annually, depending on the particular data source.)

   b. Sender address incomplete. (Per Google.com, 720 South 320th Street is a medical complex in Federal Way, WA. The medical complex has several businesses, such as "Quest Diagnostics" and "Children's Clinic", which each have a unit number associated with the business. There is no unit number listed on the return address. Based on my training and experience it would be unusual for a parcel to be mailed from a business to a hotel in Anchorage, AK. Traffickers of narcotics will sometimes use business addresses to further hide the true identity of the sender.)

   c. Sent from a known source state. (Washington is a known narcotics

APR 8 - 2013

5
Case 3:13-mj-00108-DMS   Document 1-1   Filed 04/08/13   Page 5 of 8

source state from which narcotics are shipped out and proceeds of narcotics sales are sent to. See Paragraph 2.c)

8. On April 8, 2013, at approximately 10:08 AM, Alaska State Trooper (AST) Rick Pawlak had canine "Duncan" examine the subject parcel. AST Pawlak, "Duncan's" handler, advised me that the canine had exhibited a change in behavior consistent with the presence of an odor of a controlled substance the canine is trained to recognize. Attached hereto as **Exhibit 2** and incorporated herein by reference is a true and correct copy of a written statement provided by AST Pawlak, which sets forth "Duncan's" training and experience as a narcotics detector dog. The subject parcel is currently in my custody at my office at 341 W. Tudor Road, Suite 208, Anchorage, AK 99503, and is in its original sealed and intact condition.

9. Based on my training and experience as a Postal Inspector and the aforementioned factors, your affiant believes there is probable cause to believe that the subject package contains controlled substances, and/or other evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 843(b), and Title 18, United States Code, Section 1716

FURTHER AFFIANT SAYETH NAUGHT. SIGNATURE REDACTED

Kimberly E. Dallas
Postal Inspector

Subscribed and sworn to before me, this 8th day of April 2013.

/S/ DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE
U.S. SIGNATURE REDACTED

APR 8 - 2013



From: LYNN JACKSON
720 S. 320th
FEDERAL, WA 98003

TO: ASPEN SUITES HOTEL
Att: GUEST STEVEN TAYLOR
100 E. Tudor RD
Anthony, AK 99503

Case 3:13-mj-00108-DMS  Document 1-1  Filed 04/08/13  Page 7 of 8

03-13-mj-00108-DMS
Inspection Service
Exhibit
1
Label 113, July 1987



# ATTACHMENT IN SUPPORT OF AFFIDAVIT FOR SEARCH WARRANT
# PERFORMANCE RECORD OF SCENT DETECTION CANINE
# TEAM INVESTIGATOR PAWLAK & K-9 "DUNCAN"

The facts tending to establish the foregoing grounds for issuance of a search warrant are as follows:

### INVESTIGATOR RICK PAWLAK:

The affiant has been an Alaska State Trooper in Alaska since September 12, 1998 and an Alaska State Trooper K-9 Handler since March 2002. Investigator Pawlak has been a certified handler with three police canines and has been a scent detection instructor since June 2005. Investigator Pawlak completed a 10 week Dual Purpose K-9 Academy in 2002 and became certified in March 2002 with K-9 Bolo.
Investigator Pawlak with K-9 Custa attended a 9 week K-9 Patrol Academy through the Anchorage Police Department K-9 Unit in 2004 and a 5-week Scent Detection K-9 Academy through the Alaska State Trooper K-9 Unit in 2005.
On August 7, 2006 Inv. Pawlak was assigned to the Alaska Bureau of Alcohol and Drug Enforcement and on November 9, 2006 was assigned as a Task Force Officer to the Drug Enforcement Administration (DEA) Alaska Interdiction Task Force (AITF).
In March of 2007 Inv. Pawlak attended the DEA Basic Drug Investigation Course (80 hrs),
In September 2007, Inv. Pawlak attended DEA's Operation Jetway Training (24 hrs), and in February 2009 attended the Invicta Tactical's Law Dog Canine Conference (40 hrs).
On February 8, 2011 and February 28, 2012, Investigator Pawlak and K-9 Duncan were certified by the Alaska State Troopers as a scent detection team.

### SCENT DETECTION CANINE "DUNCAN":

K-9 Duncan is a male German Shepherd. In 2007, K9 Duncan attended a 10 week scent detection academy and became certified by the Alaska State Troopers to detect the odor of marijuana, methamphetamine, heroin, and cocaine. K-9 Duncan with Inv. Pawlak became certified in the detection of the odor of controlled substances Cocaine, Heroin, Methamphetamine, and Marijuana on February 8, 2011 and most recently on February 28th 2012..

### SEARCHES:

Since February 2011, K-9 Duncan has been commanded to sniff for the presence of the odor of controlled substances approximately **175** times during scent detection training. K-9 Duncan performs blank training searches where no controlled substances are present and also trains in a variety of environments and conditions including but not limited to luggage, vehicles, packages, residences, and offices as part of his maintenance training.
Since February 2011, K-9 Duncan was directed to sniff **462** times during actual controlled substance investigations and has indicated **145** times during those investigations. Subsequent searches and/or interviews have corroborated K-9 Duncan's indications to the presence of the odor of controlled substances on **130** of those indications. There has been **15** occasion(s) where K-9 Duncan indicated and the reasons for the indications remain unexplained. One unexplained indication is pending this search warrant.

### SPECIFICS:

On 04-08-2013 at 1008 hours, Inv. Rick Pawlak directed scent detection canine Duncan to sniff the exterior of USPS Priority Mail parcel 9505 5106 7443 3095 4879 79 and K9 Duncan indicated to the odor of a controlled substance.

Signature _____

Subscribed and sworn to or affirmed before me on _April 8_, 20_13_, at _Anchorage_, Alaska.

Signature: Notary (if needed) Signature: _Patricia C. Hyde_
(Seal)

STATE OF ALASKA
NOTARY PUBLIC
Patricia A. Hyde
My Commission Expires: _____

APR 8 - 2013



03-13-mj-00108-DMS
Inspection Service
Exhibit
2
Label 113, July 1987